NO. 07-01-0403-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

APRIL 25, 2002

______________________________

FRANK CHRIS MENDEZ, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 287
TH
 DISTRICT COURT OF PARMER COUNTY;

NO. 2407; HONORABLE GORDON H. GREEN, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

CONCURRING OPINION

I concur in the result.  

Phil Johnson

    Justice

Do not publish.